**Attachment 2 - EEOC Complaint Form**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
San Antonio   **DIVISION**

**RECEIVED**

JUN 2 5 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ T. T.
DEPUTY CLERK

Saul Santos Jr.

_____

(Name of plaintiff or plaintiffs)

SA25CA0717  **FB**

Civil Action Number

v.

Cullen / Frost Bankers, Inc dba Frost Bank

(Supplied
by Clerk's Office)

_____

_____

(Name of defendant or defendants)

## COMPLAINT

1.      This action is brought by _Saul Santos Jr._, Plaintiff, pursuant to the following selected jurisdiction:

**(Please select the applicable jurisdiction)**

[ ✓ ] Title VII of the Civil Rights Act of 1964 (42 USC §§ 2000e et seq.)  Employment Discrimination on the basis of race, color, sex (gender, pregnancy and sexual harassment), religion or national origin.

[ ✓ ] The Age Discrimination in Employment Act (29 USC §§ 621 et seq.) (**ADEA**).

[ ✓ ] The Americans With Disabilities Act (42 USC §§ 12102 et seq.) (**ADA**).

[   ] The Equal Pay Act (29 USC § 206(d)) (**EPA**).

[   ] The Rehabilitation Act of 1973 (29 USC §791 et seq.) (Applicable to federal employees only).

2.      Defendant _Frost Bank_ (Defendant's name) lives at, or its business is located at _111 west Houston Street_ (street address), _____ (city), _San Antonio_ (state), _Texas 78205_ (zip).

28

**Rev. Ed. October 26, 2017**

3a. Plaintiff sought employment from the defendant or was employed by the defendant at _3838 Rogers Rd_____(street address), (city), _San Antonio___(state), _Texas 78251____(zip).

3b. At all relevant times of claim of discrimination, Defendant employed _____ (#) employees.  If defendant is a union, at all relevant times of claim of discrimination, Defendant had _____ (#) members.

4. Defendant discriminated against plaintiff in the manner indicated in paragraph 8 of this complaint on or about _____(month) _____(day) ___ (year).  If incidents of discrimination occurred more than one day, please indicate the beginning and ending dates of such acts: _11/2019 - 01/2024_____

.

5. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission (E.E.O.C.) charging defendant with the acts of discrimination indicated in paragraph 7 of this complaint on or about _September_ (month) _20_____(day) _2024_____(year).  (Not applicable to federal civil service employees).

6a. The E.E.O.C. issued a **Notice of Right to Sue** which was received by plaintiff on . (month) _May_____(day) _08, 2025_____(year).  (Not applicable to ADEA and EPA claims or federal civil service employees).

**VERY IMPORTANT NOTE:**    **PLEASE ATTACH A COPY OF YOUR NOTICE OF RIGHT TO SUE AND THE ENVELOPE IN WHICH IT WAS RECEIVED TO THIS COMPLAINT.**

6b. Please indicate below if the E.E.O.C issued a **Determination** in your case:

[ ✓]Yes
[ ✓] No

**VERY IMPORTANT NOTE:**    **IF YOU CHECKED "YES", PLEASE ATTACH A COPY OF THE E.E.O.C.'S DETERMINATION TO THIS COMPLAINT**

7. Because of plaintiff's:

**(Please select the applicable allegation(s))**

[✓] Race (If applicable, state race) _Hispanic_____

[  ] Color (If applicable, state color) _Brown_____

29

[ ] Sex (gender, pregnancy or sexual harassment) (If applicable, state sex and claim)

[√] Religion (If applicable, state religion) __Christian_____

[√] National Origin (If applicable, state national origin) __Mexican_____

[√] Age (If applicable, state date of birth) __June /29 /1980_____

[√] Disability (If applicable, state disability) __Mental Health / Blood clot__

[√] Prior complaint of discrimination or opposition to acts of discrimination.
(Retaliation) (If applicable, explain events of retaliation) __See Exhibit A____

The defendant:  **(please select all that apply)**

[ ] failed to employ plaintiff.

[√] terminated plaintiff's employment.

[√] failed to promote plaintiff.

[√] harassed plaintiff.

[√] other (specify) __Retiliation, denied accommodations and Discrimination.__

8a.    State **specifically** the circumstances under which defendant, its agent, or employees discriminated against plaintiff **PERSONALLY:**

**VERY IMPORTANT NOTE:**     **INCLUDE SPECIFIC DATES, SPECIFIC EVENTS, AND ANY SPECIFIC COMMENTS MADE BY DEFENDANT PERTAINING TO THE DISCRIMINATION CLAIM ALLEGED ABOVE.**

_____

8b.    List any **witnesses** who would testify for plaintiff to support plaintiff's allegations and the substance of their testimony:

_____

8c.    List any **documentation** that would support plaintiff's allegations and explain what the documents will prove:

**30**

Rev. Ed. October 26, 2017

9.    The above acts or omissions set forth in paragraphs 7 and 8 are:

[ ✓ ]    still being committed by defendant.
[ ✓ ]    no longer being committed by defendant.

10.    Plaintiff should attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission.   This charge is submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

[  ] Defendant be directed to employ plaintiff.

[  ] Defendant be directed to re-employ plaintiff.

[  ] Defendant be directed to promote plaintiff.

[ ✓ ] Defendant be directed to _____ $1 100,000,000 _____
and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

June / 25 / 2025
Date

Signature of Plaintiff

19141 Stone Oak Pkwy. # 104
Address of Plaintiff

San Antonio   Texas            78258
City            State            Zip Code

Telephone Number(s)

Rev. Ed. October 26, 2017

# EEOC SUIT CHECKLIST

The following items are essential for processing your case.   Please use this checklist to make sure you have included all necessary items which are applicable to your claim.

[✓]    Did you fill out the complaint form **legibly and completely?**

[✓]    Did you attach one copy of the Right to Sue Letter from the E.E.O.C. and the envelope in which it was received to your complaint?   (Not applicable to ADEA and EPA claims or federal civil service employees).

[  ]    If a determination was made by the E.E.O.C. in your case, did you attach one copy of that determination to your complaint? N/A

[✓]    Did you attempt to contact any attorneys?   Did you utilize the reference lists provided at the end of the complaint package in your attempt to retain an attorney? Yes

[  ]    If you are not being represented by an attorney and want to be represented by a court appointed attorney, did you complete the Request for Appointment of Counsel form? N/A

[✓]    Did you complete the Application to Proceed In Forma Pauperis Form?   (Applicable to those who wish to have appointed counsel and/or those who wish to represent themselves but cannot afford filing and service of process fees).

[✓]    Did you complete the USM-285 and summons forms for each defendant?   (These forms are for service of process).

[✓]    Did you file with the court the original and one copy of the above forms which are applicable to your case?

[✓]    Did you provide corresponding additional copies of your complaint and right to sue letter for each of the defendants you are suing?   (Copies are needed for service of process).

[  ]    Did you pay the required filing fee?   (Not applicable to those applying to proceed in forma pauperis).   **Note:**   The court may either grant or deny the Application to Proceed In Forma Pauperis.   If the court denies the application, you must pay the filing fee and the service of process costs or your complaint will not proceed through the court.  N/A

It is very important that you <u>print legibly</u> throughout these forms so that the judge reviewing your case can read your claim and make proper decisions concerning your claim.   If writing space is insufficient for complete answers on any question, you may attach additional pages.

**Rev. Ed. October 26, 2017**

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

### San Antonio Division

RECEIVED

JUN 2 5 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ T.T.
DEPUTY CLERK



SA25CA0717  FB

Saul Santos Jr.

Case No. _____

(to be filled in by the Clerk's Office)

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Cullen/Frost Bankers, Inc dba Frost Bank

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Jury Trial: *(check one)* ☑ Yes ☐ No

# COMPLAINT FOR A CIVIL CASE

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Saul Santos Jr. |
| Street Address | 19141 Stone Oak Pkwy # 104 |
| City and County | San Antonio, Bexar |
| State and Zip Code | Texas, 78258 |
| Telephone Number | (210) 908-0481 |
| E-mail Address | SaulSantosJr@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Defendant No. 1

Name                                    Cullen/Frost Bankers, Inc dba Frost Bank

Job or Title *(if known)*

Street Address                          111 West Houston Street

City and County                         San Antonio, Bexar

State and Zip Code                      Texas, 78205

Telephone Number                        (210) 220-4811

E-mail Address *(if known)*


Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*


Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*


Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                              ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S.C. § 1981
Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq.
The Age Discrimination in Employment Act (ADEA), 29 U.S.C. § 621 et seq.
The Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 et seq.
The Family and Medical Leave Act (FMLA), 29 U.S.C. § 2601 et seq.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* N/A , is a citizen of the State of *(name)* N/A .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* N/A , is incorporated under the laws of the State of *(name)* N/A , and has its principal place of business in the State of *(name)* N/A .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* N/A , is a citizen of the State of *(name)* N/A . Or is a citizen of *(foreign nation)* N/A .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* N/A _____ , is incorporated under

the laws of the State of *(name)* N/A _____ , and has its

principal place of business in the State of *(name)* N/A _____ .

Or is incorporated under the laws of *(foreign nation)* N/A _____ ,

and has its principal place of business in *(name)* N/A _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

N/A

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please see Exhibit A.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

An award of all lost wages, salaries, and benefits (back pay) from his termination date until he began new employment, plus interest;

An award of compensatory damages for his emotional distress and mental anguish;

An award of punitive damages against Frost Bank for their malicious, willful, and/or reckless disregard of his rights;

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

An award of liquidated damages for the FMLA violations;

An order for Frost Bank to cease unlawful discriminatory and retaliatory practices;

An award for reasonable attorneys' fees and costs, if applicable; and

Any other relief that this Court believes is fair and proper.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    June / 25 / 2025

Signature of Plaintiff

Printed Name of Plaintiff    Saul Santos Jr.

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address